IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>EFREN IRIZARRY-COLON,<br><br>**Defendant(s)** | **CRIMINAL NO.** 05-258(JAG) |

**ORDER**

Pending before the Court are two motions to dismiss filed by the defendant. (Dockets No. 27 and 31). On June 19th, 2006, then Magistrate-Judge Gustavo A. Gelpi issued a Report and Recommendation ("R&R") to deny both motions. On June 21, 2006, the defendant filed objections to the R&R. (Docket No. 48).

First, the defendant objects to the Magistrate-Judge's conclusion as to the "failure to charge a committed offense" argument. Upon de novo review, the Court adopts its holding in the case of U.S. v. Alfonzo-Reyes, 410 F.Supp.2d 54 (D.P.R. 2006), which addressed and discarded an identical argument.

The defendant also objects to the Magistrate-Judge's conclusion on the issue of multiplicity. Upon de novo review, the Court finds that Judge Gelpi's analysis on this score is correct and, hence, adopts his recommendation.

Criminal No. 05-258 (JAG)                                                    2

In light of the foregoing, the Court fully **ADOPTS** the R&R in its entirety.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of August, 2006.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge